The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JINGRU ZHAO,

                Plaintiff,

     v.

DIRECTOR OF UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES, et al.,

                Defendant.

Case No. 3:26-cv-00143-JLR

**STIPULATED MOTION TO
DISMISS AND [~~PROPOSED~~] ORDER**

Noted for Consideration:
April 7, 2026.

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff Jingru Zhao brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to issue a bona fide determination on Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has done so, and therefore this case is now moot.

//

//

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 3:26-cv-00143-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 7th day of April, 2026.

Respectfully submitted,


*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1634
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 84
words, in compliance with the Local Civil Rules.


*s/            jingru zhao*
JINGRU ZHAO
14038 Palatine Ave. N
Seattle, WA 98133
Phone: 206-822-9074
Email: bellazhao19950924@gmail.com

*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 3:26-cv-00143-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[~~PROPOSED~~] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 7th day of April, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 3:26-cv-00143-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970